AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One USPS Priority Mail Parcel bearing tracking number<br>9505 5163 8858 3135 7147 13 | )<br>)<br>) Case No. 23-595 (M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Puerto Rico_____
*(Identify the person or describe the property to be searched and give its location):*
See attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See attachment B
Evidence of violations of 21 U.S.C. §841 and 21 U.S.C. §846

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____June 7, 2023_____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__on duty_____ .
       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 25, 2023 at 11:35 AM    _____
                                                   *Judge's signature*

City and state:   San Juan, Puerto Rico       Marcos E. López, U.S. Magistrate Judge
                                               *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 23-595 (M) | Date and time warrant executed: May 25, 2023 | Copy of warrant and inventory left with: USPS-OIG |

Inventory made in the presence of: SA E. Batista / TFO J. Valentin, USPS-OIG

Inventory of the property taken and name of any person(s) seized:

One (1) PMD with tracking # 9505 5163 8858 3135 7147 13

The parcel was found to contain eight (8) medicine bottles containing an unknown liquid substance. All bottles were labeled "Promethazine - Codeine"

EBR
EBR

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 25, 2023

Executing officer's signature

Ezequiel Batista, SA USPS-OIG
Printed name and title